UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 20-10066-RGS

UNITED STATES OF AMERICA

v.

BAY STATE GAS COMPANY d/b/a
COLUMBIA GAS OF MASSACHUSETTS

ORDER OF RECUSAL

February 27, 2020

STEARNS, D.J.

This case was randomly drawn to me yesterday. While the named defendant is Bay State Gas Company d/b/a Columbia Gas of Massachusetts, I am informed by the Information filed by the U.S. Government that Columbia Gas is a wholly owned subsidiary of NiSource, Inc. My late father owned a small number of shares in NiSource which are in the process of being transferred to a revocable trust established for the benefit of his children. As the sole trustee, I have a fiduciary interest in the shares and ultimately a financial interest upon the distribution of the assets of the trust. 28 U.S.C. section 455(d)(4) defines a "financial interest" as a legal or equitable interest "however small." I am required by section 455(b)(4) to

disqualify myself.  Recusal under section(b) of the statute is under section(e) nonwaivable by the parties.  Consequently, I will withdraw from the case and order the Clerk to have the matter drawn to another judge.

                                        SO ORDERED.

                                        /s/ Richard G. Stearns

                                        UNITED STATES DISTRICT JUDGE