UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BAY STATE GAS COMPANY, d/b/a Columbia Gas of Massachusetts,<br><br>Defendant. | Criminal No. 20-cr-10066-FDS |

**ORDER**

IT IS HEREBY ORDERED that the form of Final Sale Certification is APPROVED and, effective June 23, 2021, CMA's period of probation in this matter is TERMINATED consistent with 18 U.S.C. Sec. 3561.

DATED: June 23, 2021

_____
Chief Judge F. Dennis Saylor IV